UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CHRISTOPHER JADOTTE,

                Plaintiff,

   -against-

ANGEL L. ROSARIO, RYDER SYSTEMS, INC.,
RYDER TRUCK RENTAL, INC., RYDER LOGISTICS
& TRANSPORTATION SOLUTIONS WORLDWIDE
and RYDER INTEGRATED LOGISTICS, INC.,

                Defendants.
-------------------------------------------------------------------X

**ANSWER**

07 CV 5669 (DLC)

C O U N S E L O R (S) :

      PLEASE TAKE NOTICE, that the defendants, ANGEL L. ROSARIO, RYDER SYSTEMS, INC., RYDER TRUCK RENTAL, INC., RYDER LOGISTICS & TRANSPORTATION SOLUTIONS WORLDWIDE and RYDER INTEGRATED LOGISTICS, INC., by their attorneys, CONNORS & CONNORS, P.C., answering the Verified Complaint herein, states as follows:

    1.    Denies any knowledge or information thereof sufficient to form a belief as to the allegations of the complaint set forth in paragraphs 1, 15, 16, 17, 18, 19.

    2.    Admits each and every allegation of the complaint set forth in paragraphs 2, 4, 7, 13, 24, 25, 26, 27, 36, 37, 38, 40, 41, 42, 43.

    3.    Denies each and every allegation of the complaint set forth in paragraphs 3, 5, 6, 8, 9, 10, 11, 12, 14, 20, 21, 22, 23, 28, 29, 30, 31, 32, 33, 34, 35, 39, 44, 45, 46, 47, 48, 49, 50, 51, 52,

53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65.

WHEREFORE, the answering defendant demands judgment dismissing the complaint on the plaintiff against this defendant, together with costs and disbursements of this action.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

That any injuries which may have been suffered by the plaintiff herein, were caused in whole or in part as the result of their own culpable conduct contributing thereto.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

Upon information and belief, plaintiff's economic loss, if any, as specified in the Federal Rules of Civil Procedure, was or will be replaced or indemnified, in whole or in part, from collateral sources, and these answering defendants are entitled to have the court consider the same in determining such special damages as provided in the Federal Rules of Civil Procedure.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

Plaintiff has not sustained a serious injury as defined in Section 5102(d) of the Insurance Law of the State of New York and therefore has not sustained economic loss greater than basic economic loss as defined in Section 5102(a)(2) of the Insurance Law of the State of New York.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

Upon information and belief, plaintiff's economic loss, if any, as specified in the Federal Rules of Civil Procedure, was or will be replaced or indemnified, in whole or in part, from collateral sources, and these answering defendants are entitled to have the court consider the same

in determining such special damages as provided in the Federal Rules of Civil Procedure.

Dated: Staten Island, New York
June 19, 2007

By:_____
JOHN P. CONNORS, JR., - 6514
CONNORS & CONNORS, P.C.
Attorneys for Defendants
766 Castleton Avenue
Staten Island, NY 10310
(718) 442-1700
File No.: DRT 23502

TO: PHILIP J. SPORN, ESQ.
Attorney for Plaintiff
600 Third Avenue
New York, New York 10016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER was mailed by first class mail, postage prepaid this ___th day of June , 2007 to all counsel of record as indicated below.

                                              _____
                                              JOHN P. CONNORS, JR. (6514)

TO:    PHILIP J. SPORN, ESQ.
          Attorney for Plaintiff
          600 Third Avenue
          New York, New York 10016