UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- -X

CHRISTOPHER JADOTTE,

             Plaintiff,

-v-

ANGEL L. ROSARIO; RYDER SYSTEMS, INC.; RYDER TRUCK RENTAL, INC.; RYDER LOGISTICS & TRANSPORTATION SOLUTIONS WORLDWIDE; and RYDER INTEGRATED LOGISTICS, INC.,

             Defendants.

-------------------------------------------------------------- -X

07 CIV. 5669 (DLC) (RLE)*

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
                October 19, 2007

_____
DENISE COTE
United States District Judge