```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CHRISTOPHER JADOTTE,                     :   07 CIV. 5669 (DLC)
                                         :
                Plaintiff,               :      PRETRIAL
                                         :   SCHEDULING ORDER
        -v-                              :
                                         :
ANGEL L. ROSARIO; RYDER SYSTEMS, INC.;   :
RYDER TRUCK RENTAL, INC.; RYDER          :
LOGISTICS & TRANSPORTATION SOLUTIONS     :
WORLDWIDE; and RYDER INTEGRATED          :
LOGISTICS, INC.,                         :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/19/07]

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 19, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **October 26, 2007.**

2. The plaintiff shall provide his medical release forms to the defendants by **October 26, 2007.**

3. The parties are instructed to contact the chamber of Magistrate Judge Ellis prior to **November 16, 2007** in order to pursue settlement discussions under his supervision.

4. All fact discovery must completed by **December 7, 2007.**

5. All expert discovery must be completed by **February 29, 2008.**

6. The Joint Pretrial Order must be filed by **March 21, 2008.**

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 19, 2007

                              _____
                                       DENISE COTE
                              United States District Judge