# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

Christopher Jadotte,

    Plaintiff,

-against-

Angel L. Rosario, Ryder Systems, Inc.,
Ryder Truck Rental, Inc., Ryder Logistics &
Transportation Solutions Worldwide and
Ryder Integrated Logistics, Inc.,

    Defendants.

**APPEARANCE**

Case Number: 07 CV 5669

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for

    PLAINTIFF

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| __November 14, 2007__ | Signature |
| Date | |
| | ROBERT J. DI GIANNI JR.   RJ1172 |
| | Print Name   Bar Number |
| | Philip J. Sporn & Associates, 52 LINCOLN ROAD |
| | Address |
| | BROOKLYN   NY   11225-3711 |
| | City   State   Zip Code |
| | (718) 282-4166   (718) 282-4165 |
| | Phone Number   Fax Number |