**MEMO ENDORSED**

# THE LAW FIRM OF
# CONNORS & CONNORS
## PC

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700  FAX: 718-442-1717

| | | | |
|---|---|---|---|
| JOHN P. CONNORS (1955-2003) | TIMOTHY M. O'DONOVAN** | | 17 BATTERY PLACE |
| JOHN P. CONNORS, JR.* | LOUIS J. RASSO | | NEW YORK, NEW YORK 10004 |
| — | RICHARD A. WALDRON | | — |
| HAROLD J. SIEGEL | — | | MORRIS BROOK COMMONS |
| SUSAN E. O'SHAUGHNESSY** | | | 422 MORRIS AVENUE |
| ROBERT J. PFUHLER** | OF COUNSEL | | LONG BRANCH, NEW JERSEY 07740 |
| — | MICHAEL IRENE*** | | |
| MICHAEL J. CAULFIELD** | DOMINICK DESANTIS | December 4, 2007 | * MEMBER N.Y., N.J. & D.C. BARS |
| DAVID S. HELLER | JOEL ZUCKERBERG | | ** MEMBER N.Y., N.J. BARS |
| | | | *** MEMBER N.J. BAR |

**VIA FEDERAL EXPRESS and REGULAR MAIL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07



RECEIVED DEC 05 2007
CHAMBERS OF DENISE COTE

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Jadotte v. Ryder
     07 CIV. 5669 (DLC)
     Our File No. DRT 23502

Honorable Judge Cote:

   Please accept this letter as the joint request by the parties to this case to extend the time for fact discovery in this case. Despite the best attempts of the parties to this case, we have been unable to secure the attendance of the non-party police officer up to this time. We are currently sending out a new subpoena for that non-party. We have tentatively arranged depositions of the parties for this case for early January, 2008. However, the present schedule for this case calls for fact discovery to end on December 7, 2007.

   Accordingly, the parties jointly request that the period for fact discovery be extended to January 31, 2008. We have selected that date because there is a settlement conference scheduled before Magistrate Judge Ellis for that date. We have made no prior applications for this relief.

   Thank you for your consideration of this request.

*On the consent of the parties, fact discovery may be extended so long as there is no extension of the March 21, 2008 date for the Pretrial Order.*

Respectfully submitted,

CONNORS & CONNORS, P.C.

By: *David S. Heller*
David S. Heller (2167)
dheller@connorslaw.com

*Denise Cote*
*December 6, 2007*

DSH/mr

───── THE LAW FIRM OF ─────
**CONNORS & CONNORS**
───── PC ─────

cc: Philip J. Sporn & Associates
     664 Morris Park Avenue
     Bronx, NY 10462