

# THE LAW FIRM OF
# CONNORS & CONNORS
## P C

766 CASTLETON AVENUE
STATEN ISLAND, NEW YORK 10310-9003
TEL: 718-442-1700 FAX: 718-442-1717

**MEMO ENDORSED**

JOHN P. CONNORS (1955-2003)
JOHN P. CONNORS, JR.*

HAROLD J. SIEGEL
SUSAN E. O'SHAUGHNESSY**
ROBERT J. PFUHLER**

MICHAEL J. CAULFIELD**
DAVID S. HELLER

TIMOTHY M. O'DONOVAN**
LOUIS J. RASSO
ZENA WOLDEYESUS

OF COUNSEL
MICHAEL IRENE***
JOEL ZUCKERBERG
ANDREW AXLER

January 25, 2008

17 BATTERY PLACE
NEW YORK, NEW YORK 10004

MORRIS BROOK COMMONS
422 MORRIS AVENUE
LONG BRANCH, NEW JERSEY 07740

\* MEMBER N.Y., N.J. & D.C. BARS
\*\* MEMBER N.Y., N.J. BARS
\*\*\* MEMBER N.J. BAR

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

Re:  Jadotte v. Ryder
     07 CIV. 5669 (DLC)
     Our File No. DRT 23502

Honorable Judge Cote:

This letter is to request a brief extension of the discovery in this case.

The parties have cooperated in discovery, and have succeeded in completing almost all factual discovery in this case. In specific, on January 3, 2008 we took the deposition of the non-party Police Officer Wayne Bryan. On January 7, 2008 we took the deposition of all parties to this case.

Unfortunately, at his deposition, Mr. Jadotte informed us that he was in the process of making an appointment with Dr. Kaplan, the orthopedic surgeon with whom he has been treating, in order to determine whether he would have arthroscopic surgery on his left shoulder in addition to his right shoulder. For that reason, we have reserved our right to a further deposition of the plaintiff. Plaintiff's attorney has informed me that the plaintiff is seeking to rehabilitate the shoulder and has not yet made a decision on surgery.

In order to comply with this Court's discovery schedule, we have designated an independent medical examiner. However, we have we have not set up the date for the examination and have further reserved our rights to a second independent medical examination if the plaintiff has further surgery.

After the plaintiff's deposition, on January 18, 2008, we served a supplemental request for production of documents. Because the request is so recent, plaintiff has not yet complied with it.

Because of the uncertainty as to whether we will need a second deposition of the plaintiff, and because we are reluctant to incur the expense of two depositions of plaintiff's doctor, which would be necessary if we took his deposition and he then performed further surgery, we respectfully submit that we cannot complete discovery until plaintiff and his doctor make a clear determination as to whether



THE LAW FIRM OF
## CONNORS & CONNORS
PC

Honorable Denise L. Cote
Re:   Jadotte v. Ryder
07 CIV. 5669 (DLC)
January 25, 2008
Page 2

plaintiff will need surgery on his left shoulder. Once that has been determined and we have been informed of it, we will be able to arrange the independent medical examination of the plaintiff and the deposition of plaintiff's doctor and complete discovery in this case.

    Because discovery is not complete through no fault of the parties, and because discovery cannot be completed until the medical picture is clarified, we respectfully request that the discovery period in this case be appropriately extended. I have discussed this with the plaintiff's attorney and he joins in the request for an appropriate extension of discovery.

    Thank you for your consideration of this request.

Respectfully submitted,

CONNORS & CONNORS, P.C.

By: *[signature]*
David S. Heller (2167)
dheller@connorslaw.com

DSH/mr
cc:   Magistrate Judge Ronald L. Ellis

cc:   Philip J. Sporn & Associates
      52 Lincoln Road
      Brooklyn, NY 11225

*[Handwritten note:]* With consent of the parties, expert discovery may be extended. The plaintiff shall provide a status letter as to further surgery by February 14, 2008.

*Denise Cote*
February 4, 2008