```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
CHRISTOPHER JADOTTE,                     :   07 CIV. 5669 (DLC)
                                         :
                Plaintiff,               :   PRETRIAL
                                         :   SCHEDULING ORDER
        -v-                              :
                                         :
ANGEL L. ROSARIO; RYDER SYSTEMS, INC.;   :
RYDER TRUCK RENTAL, INC.; RYDER          :
LOGISTICS & TRANSPORTATION SOLUTIONS     :
WORLDWIDE; and RYDER INTEGRATED          :
LOGISTICS, INC.,                         :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

DENISE COTE, District Judge:

As set forth in a telephone conference with Chambers today, it is hereby

ORDERED that the Joint Pretrial Order must be filed by May 9, 2008. No further adjournments of this deadline will be permitted.


SO ORDERED:
Dated:   New York, New York
         February 27, 2008

                          _____
                                    DENISE COTE
                          United States District Judge