# UNITED STATES DISTRICT COURT

<u>SOUTHERN</u> DISTRICT OF <u>NEW YORK</u>

Christopher Jadotte,

       Plaintiff,

-against-

Angel L. Rosario, Ryder Systems, Inc.,
Ryder Truck Rental, Inc., Ryder Logistics &
Transportation Solutions Worldwide and
Ryder Integrated Logistics, Inc.,

       Defendants.

**APPEARANCE**

Case Number: 07 CV 5669 (DLC)

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for

PLAINTIFF

I certify that I am admitted to practice in this court.

<u>    April 2, 2008    </u>
Date

_/s/_ [signature]
Signature

STEWART B. SCHACHNER, Trial Counsel to
<u>PHILIP J. SPORN & ASSOCIATES</u>    <u>SS2102</u>
Print Name                                        Bar Number

<u>390 St. Marks Place</u>
Address

<u>STATEN ISLAND</u>    <u>NY</u>    <u>10301</u>
City                    State    Zip Code

<u>(718) 448-7222</u>                <u>(718) 448-2794</u>
Phone Number              Fax Number