```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CHRISTOPHER JADOTTE,

            Plaintiff,      07 Civ. 5669 (DLC)

    -v-      ORDER OF DISCONTINUANCE

ANGEL L. ROSARIO; RYDER SYSTEMS, INC.;
RYDER TRUCK RENTAL, INC.; RYDER
LOGISTICS & TRANSPORTATION SOLUTIONS
WORLDWIDE; and RYDER INTEGRATED
LOGISTICS, INC.,

            Defendants.
------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:    New York, New York
           April 24, 2008

                              _____
                              DENISE COTE
                              United States District Judge